IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ERIC L. ALLEN
ADC #106177

PLAINTIFF

v.  No. 5:18-cv-124-DPM-JJV

DALLAS COUNTY, ARKANSAS; JOHN
McNICKLE, Mayor, City of Fordyce; STAN
McGEE, Sheriff, Fordyce County Jail; DUSTY
DODSON, Jail Administrator, Fordyce County
Jail; TONY NICHOLS, Deputy Sheriff,
Fordyce County Jail; TERISHA JOHNSON,
Deputy Sheriff, Fordyce County Jail; JOSH
BARHAM, Deputy Sheriff, Fordyce County Jail;
and LANEAR, Deputy Sheriff, Fordyce
County Jail

DEFENDANTS

## ORDER

Unopposed partial recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Allen's claims about medical care against Dallas County, McGee, Dodson, Nichols, Johnson, and Barham go forward. His claims against McNickle and Lanear are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2018