# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ERIC L. ALLEN**  **PLAINTIFF**
**ADC #106177**

v. No. 5:18-cv-124-DPM

**DALLAS COUNTY, ARKANSAS; STAN
McGEE, Sheriff, Fordyce County Jail; DUSTY
DODSON, Jail Administrator, Fordyce County
Jail; TONY NICHOLS, Deputy Sheriff, Fordyce
County Jail; TISCHA JOHNSON, Deputy Sheriff,
Fordyce County Jail; and JOSH BARHAM,
Deputy Sheriff, Fordyce County Jail** **DEFENDANTS**

## ORDER

Allen hasn't responded to the recommendation; his mail is still being returned undelivered. № 27. Unopposed recommendation, № 26, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 23, denied without prejudice. Allen's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2018