# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ERIC L. ALLEN							PLAINTIFF
ADC #106177

v.					No. 5:18-cv-124-DPM

DALLAS COUNTY, ARKANSAS; JOHN
McNICKLE, Mayor, City of Fordyce; STAN
McGEE, Sheriff, Fordyce County Jail; DUSTY
DODSON, Jail Administrator, Fordyce County
Jail; TONY NICHOLS, Deputy Sheriff,
Fordyce County Jail; TISCHA JOHNSON,
Deputy Sheriff, Fordyce County Jail; JOSH
BARHAM, Deputy Sheriff, Fordyce County Jail;
and LANEAR, Deputy Sheriff, Fordyce
County Jail							DEFENDANTS

## JUDGMENT

Allen's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2018